IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00532-PAB-BNB

WILLIS WILCOTT,

Plaintiff,

v.

PRESBYTERIAN ST. LUKE'S MEDICAL CENTER (HEALTH ONE),
PAULA J. WEISER, R.N., and
JANE DOE., R.N.,

Defendants.

_____

**ORDER**
_____

This matter arises on the **Motion to Withdraw as Attorneys** [Doc. # 5 filed 4/3/2009] (the "Motion") by plaintiff's counsel.  I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED.  Scott William O'Sullivan and the O'Sullivan Law Firm, P.C., are relieved of any continuing obligations in the case.

Dated April 20, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge